Charles GILLENWATER,
Plaintiff–Appellant,

v.

Dr. Robert LUCKING, Defendant–
Appellee.

No. 13–7793.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Charles Gillenwater, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Gillenwater appeals the district court's order dismissing as frivolous under 28 U.S.C. § 1915 (2012) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Gillenwater v. Lucking,* No. 5:13–ct–03056–BO (E.D.N.C. Oct. 31, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*